UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MCMANUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14-CV-2081-RLW |
| | ) | |
| NATIONSTAR MORTGAGE, LLC; | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Agreed Motion to Modify Case Management Order (ECF No. 28).

For good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Agreed Motion to Modify Case Management Order (ECF No. 28) is **GRANTED**, and the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I.     SCHEDULING PLAN**

1.    Disclosure shall proceed in the following manner:

(a)    Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 16, 2015**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **December 7, 2015**.

(b)    Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **November 16, 2015**, and shall make expert

witnesses available for depositions, and have depositions completed, no later than **December 7, 2015.**

  (c) Plaintiff shall disclose all rebuttal experts no later than **December 21, 2015** and shall make rebuttal experts available for depositions, and have depositions completed, no later than **January 11, 2016**.

  (d) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed.R.Civ.P., must be made no later than **October 23, 2015**, and any examination must be completed by **November 16, 2015**.

  (e) The parties shall complete <u>all</u> discovery in this case no later than **January 20, 2016**.

  (f) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days.

 2. This case shall be referred to alternative dispute resolution on **August 10, 2015**, and that reference shall terminate on **September 30, 2015.**

 3. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or, if applicable, any motion to exclude testimony pursuant to <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) or <u>Kuhmo Tire Co. Ltd. v. Carmichael</u>, 526 U.S. 137 (1999), must be filed no later than **January 29, 2016.** Any response shall be filed no later than **February 29, 2016**. Any reply shall be filed no later than **March 10, 2016. Courtesy copies (including exhibits) of all motions for summary judgment and motions under <u>Daubert</u> shall be submitted to chambers either by mail or hand-delivery.**

## II. ORDER RELATING TO TRIAL

This action is set for a **JURY** and **NON-JURY** trial on **May 16, 2016**, at 9:00 a.m. This is a **2** week docket, and the parties are expected to be ready and available for trial on the first day of the docket and thereafter on twenty-four hours notice.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

1. **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **Witnesses:**

    (a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

    (b) Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits:**

    (a) Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

    (b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11)or 902(12), to opposing counsel for examination.

Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

    (c)  Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

    **4.**  **Depositions, Interrogatory Answers, and Request for Admissions:**

    (a)  Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

    (b)  Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

    **5.**  **Instructions:** Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions at least ten (10) days before trial in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.). **The parties shall email a copy of the instructions to the clerk at: MOEDml_Team_AGF_RLW_NCC@moed.usousrts.gov**

6. **Trial Brief:** Submit to the Court and to opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

7. **Findings of Fact, Conclusions of Law and Trial Brief:** Submit to the Court and to opposing counsel full, complete and specific findings of fact and conclusions of law, together with a trial brief, citing authorities, in support of said party's legal theories and discussing andy anticipated substantive or procedural problems.

8. **Motions in Limine**: Parties shall file all motions in limine to exclude evidence, **and submit a courtesy copy directly to the Court's chambers**, at least ten (10) days before the trial conference.

Failure to comply with any part of this Order may result in the imposition of sanctions.

Dated this 24th day of September, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE